

# THE THIRTEENTH COURT OF APPEALS

## 13-15-00164-CV

City of Bay City
v.
Shirley Knapp, et al.

On Appeal from the
23rd District Court of Matagorda County, Texas
Trial Cause No. 12-E-0497-C

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be remanded to the trial court. The Court orders the judgment of the trial court REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

October 29, 2015